IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:05CV426-T |
| | ) | |
| v. | ) | CR. NO. 3:94cr25 |
| | ) | WO |
| MORRIS RAMSEY | ) | |

**O R D E R**

Defendant Morris Ramsey has filed a pleading styled as a "*Motion for Voiding Drug Weight Enhancement for Lack of Jurisdiction and Re-sentence Within Defined Range Authorized by Jury Verdict*" (Doc. 1002), wherein he challenges the sentence imposed upon him by this court for conspiracy to possess with intent to distribute cocaine base and possession with intent to distribute cocaine base. A review of the claims presented by Ramsey in his motion indicates that he seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open a civil action under 28 U.S.C. § 2255.

2. Docket Ramsey's "*Motion for Voiding Drug Weight Enhancement for Lack of Jurisdiction...*" (currently docketed as Doc. 1002 under 3:94cr25) in the newly opened civil action.

3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4. Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 6th day of May, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE