CLOSED, MHT-ClerkB, SC, WILLOUGHBY

# U.S. District Court
# Alabama Middle District (Opelika)
# CRIMINAL DOCKET FOR CASE #: 3:94-cr-00025-MHT-DRB-12
### Internal Use Only

*3:05CV426-T*
*Boyd*
*Willoughby*

Case title: USA v. Johnson, et al          Date Filed: 09/18/2003

Assigned to: Judge Myron H.
Thompson
Referred to: Honorable Delores R.
Boyd

**Defendant**

**Morris Ramsey** (12)
*TERMINATED: 09/19/2003*
*also known as*
Fade

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **United States of America** | represented by | **Louis V. Franklin, Sr.**<br>U.S. Attorney's Office<br>PO Box 197 |
| --- | --- | --- |

Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: louis.franklin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2003 | | Received copy of order from USCA that Appellants, Nelson Fears, motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. (kcg) (Entered: 11/15/2003) |
| 08/08/2003 | 952 | Entry of Dismissal of Appeal Re: 03-10436-B Nelson N. Fears, that this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk within the time fixed by the rules, effective this 7th day of August, 2003. FOR THE COURT - BY DIRECTION (kcg) (Entered: 11/15/2003) |
| 09/18/2003 | | **Added Government Attorney Louis V. Franklin Sr. as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (snc) (Entered: 09/18/2003) |
| 09/18/2003 | | Magistrate Judge John L. Carroll was assigned to case for discovery matters as well as matters subsequently referred by District Judge Myron H. Thompson . (snc) (Entered: 09/18/2003) |
| 09/18/2003 | | (snc) (Entered: 09/18/2003) |
| 09/18/2003 | | SKELTON CASE OPENED as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (Per Judge Myron Thompson) (snc) (Entered: 09/19/2003) |
| 09/19/2003 | 948 | DOCKET SHEET as to Morris Ramsey (per Judge Thompson's ORAL ORDER directing clerk to open case in icms and scan docket sheet for Court's future reference) (snc) Additional attachment(s) added on 7/22/2004 (snc, ). (Entered: 09/19/2003) |
| 09/19/2003 | | **Case closed as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja |

|  |  | Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (all defendants) (snc) (Entered: 09/19/2003) |
|---|---|---|
| 12/04/2003 | 953 | MOTION by Morris Ramsey to Supplement Motion 2241 Claim [953-1] referred to Judge Myron H. Thompson (snc) (Entered: 12/08/2003) |
| 12/04/2003 |  | **Added party (ip) Morris Ramsey, FCI Yazoo, P. O. Box 5000, Yazoo City, MS 39194 (snc) (Entered: 12/16/2003) |
| 12/16/2003 | 954 | ORDER as to Morris Ramsey denying [953-1] motion to Supplement Motion 2241 Claim ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: dft, Copies furnished to: usa (snc) (Entered: 12/16/2003) |
| 02/03/2004 | 955 | MOTION by Morris Ramsey for Validation of the Criminal Indictment Pursuant o FRCrP Rule 6(c) and Rule 6(f) [955-1] referred to Judge Myron H. Thompson (snc) (Entered: 02/05/2004) |
| 02/06/2004 | 956 | ORDER as to Morris Ramsey that the government show cause, if any there be in writing by 2/20/04 as to why said motion should not be granted re: [955-1] motion for Validation of the Criminal Indictment Pursuant o FRCrP Rule 6(c) and Rule 6(f) ( Signed by Judge Myron H. Thompson ) Copies mailed to: Deft, Copies furnished to: USA (ws) (Entered: 02/06/2004) |
| 02/20/2004 | 957 | RESPONSE by USA as to Morris Ramsey re [955-1] motion for Validation of the Criminal Indictment Pursuant o FRCrP Rule 6(c) and Rule 6(f) referred to Judge Myron H. Thompson (snc) (Entered: 02/24/2004) |
| 03/12/2004 | 958 | REPLY by Morris Ramsey to response to [955-1] motion for Validation of the Criminal Indictment Pursuant o FRCrP Rule 6(c) and Rule 6(f) AND MOTION for Immediate Release, etc. Referred to Judge Myron Thompson (snc) (Entered: 03/15/2004) |
| 03/12/2004 | 958 | MOTION (incorporated in TRAVERSE to Governemnt's Response) by Morris Ramsey for Immediate Release from Prison for the Court's Lack of Subject Matter, Personal, and Territorial Jurisdiction, etc. [958-1] referred to Judge Myron H. Thompson (snc) (Entered: 03/15/2004) |
| 03/12/2004 | 959 | Pro Se MOTION by Morris Ramsey "for Default Judgment Pursuant to FCRP Rule 8 and Rule 54(c) with prejudice for Governments Failure to Comply with Mandates or Producing Documents Request which Sets Forth a Claim for Relief" [959-1] referred to Judge Myron H. Thompson (snc) Modified on 4/13/2004 (snc, ). (Entered: 03/15/2004) |
| 03/26/2004 | 960 | ORDER as to Morris Ramsey denying [959-1] motion "for Default Judgment Pursuant to FCRP Rule 8 and Rule 54(c) with prejudice for Governments Failure to Comply with Mandates or Producing Documents Request which Sets Forth a Claim for Relief" as to Morris |

|  |  | Ramsey (12) ( Signed by Judge Myron H. Thompson ) copy mailed to dft, Copy furnished to: usa (snc) (Entered: 03/29/2004) |
|---|---|---|
| 03/29/2004 | 961 | ORDER as to Morris Ramsey directing partes ot file supplemetnal briefs by 4/12/04 re [958-1] motion for Immediate Release from Prison for the Court's Lack of Subject Matter, Personal, and Territorial Jurisdiction, etc., and [955-1] motion for Validation of the Criminal Indictment Pursuant o FRCrP Rule 6(c) and Rule 6(f) as to whether the issues are due to be dismissed as successive habeas petitions ( Signed by Judge Myron H. Thompson ) Copies mailed to: dft, Copies furnished to: dft (snc) (Entered: 03/29/2004) |
| 04/05/2004 |  | ***Set CRD Flags as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (snc) (Entered: 04/13/2004) |
| 04/12/2004 | 962 | RESPONSE to Motion by United States of America as to Morris Ramsey re [958] Motion for Miscellaneous Relief, [955] Motion for Miscellaneous Relief *Response to Arguments that Defendant's Motions Do Not Constitute Successive Petitions under 28 USC 2255* (Franklin, Louis) (Entered: 04/12/2004) |
| 04/13/2004 | 964 | SUPPLEMENTAL BRIEF in Support of [955] Motion for Validation of Criminal Indictment filed per Court Order of 3/26/04 by defendant Morris Ramsey. Exhibits A & B attached (snc) (Entered: 04/13/2004) |
| 04/21/2004 | 965 | Pro Se MOTION for Extension of Time to File Motion to Vacate Sentence Pursuant to 28 USC 2255 by Morris Ramsey. (snc) (Entered: 04/22/2004) |
| 05/04/2004 |  | ***Set MHT-Clerk B Flag as to all defendants(djy, ) (Entered: 05/04/2004) |
| 05/18/2004 |  | ***Set MHT-Clerk B flag as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (snc) (Entered: 05/18/2004) |
| 05/26/2004 | 966 | ORDER denying 965 Motion for Extension of Time to File motion to vacate sentence pursuant to 28 USC 2255 as to Morris Ramsey (12). Signed by Judge Delores R. Boyd on 5/26/04. (snc) (Entered: 05/26/2004) |
| 07/14/2004 | 967 | MOTION/MEMORANDUM Pursuant to Federal Rule of Criminal Procedure Rule 60(b) by Morris Ramsey. (snc) (Entered: 07/15/2004) |

| 07/20/2004 | ●968 | ORDER as to Morris Ramsey re 967 MOTION Pursuant to Federal Rule of Criminal Procedure Rule 60(b) concluding that the Ramsey pleading should be construed as a motion to vacate, set aside or correct sentence pursuant to 28:2255 and directing response by defendant by 8/2/2004, as outlined in order. Signed by Judge Delores R. Boyd on 7/20/04. (snc) (Entered: 07/20/2004) |
| --- | --- | --- |
| 07/29/2004 | ●969 | MOTION to Withdraw Document 967 MOTION Pursuant to Federal Rule of Criminal Procedure Rule 60(b) by Morris Ramsey (snc) (Entered: 08/02/2004) |
| 08/06/2004 | ● | STAFF ATTORNEY Willoughby ADDED to case (PER JUDGE BOYD'S OFFICE) as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (snc) (Entered: 08/06/2004) |
| 08/06/2004 | | ***Set/Clear Flags as to Stanley Quincey Johnson, Ossie Orlando McCauley III, Donald Fitzgerald Lancaster, Michael Dwayne Alvis, Timothy J. Walker Jr., James Wayne Higgins, Nelson Nikitha Fears, Jaja Zambrowski Davis, James Lee Trammell Jr., Alex Damanual Heard, Eltin James Billingslea, Morris Ramsey, Algie Lee Shealey Jr., Jeffrey Q. Shealey, John Frederick Jr. (snc) (Entered: 08/06/2004) |
| 08/11/2004 | ●970 | ORDER granting 969 Motion to Withdraw Document as to Morris Ramsey (12) and withdrawing 967 Motion as to Morris Ramsey. ( Signed by Judge Myron H. Thompson on 8/11/04. (snc) (Entered: 08/11/2004) |
| 01/31/2005 | ● | Motion Under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence filed in CA No. 3:05cv82-T by defendant Morris Ramsey (snc) (Entered: 02/04/2005) |
| 03/03/2005 | ● | Motion pursuant to 28:2255 DENIED in CA No. 3:05cv82-T as to Morris Ramsey (snc) (Entered: 03/04/2005) |
| 03/21/2005 | ●1002 | MOTION for Voiding Drug Weight Enhancement for Lack of Jurisdiction and Re-Sentence within Define Range Authorized by Jury Verdict by Morris Ramsey. (snc) (Entered: 03/23/2005) |
| 05/06/2005 | ●1010 | ORDER as to Morris Ramsey regarding defendant's filing of a pleading styled as a "Motion for Voiding Drug Weight Enhancement for Lack of Jurisdiction and Re-sentence Within Defined Range Authorized by Jury verdict" (Doc. #1002). Accordingly, the Clerk of this court is hereby DIRECTED to: 1. Open a civil action under 28 U.S.C. 2255. 2. Docket Ramsey's "Motion for Voiding Drug Weight Enhancement for Lack of Jurisdiction..." (currently docketed as Doc. 1002 under 3:94cr25) in the newly opened civil action. 3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is |

| | | |
|---|---|---|
| | | assigned; and 4. Refer the case file to the appropriate Magistrate Judge for further proceeding upon completion of the foregoing directives.. Signed by Judge Delores R. Boyd on 5/6/05. (kcg, ) (Entered: 05/06/2005) |
| 05/06/2005 | | ***Motion terminated as to Morris Ramsey (pursuant to 1010 order): 1002 MOTION for Voiding Drug Weight Enhancement for Lack of Jurisdiction and Re-Sentence within Define Range Authorized by Jury Verdict filed by Morris Ramsey. (snc) (Entered: 05/09/2005) |