AO 245 S (Rev. 4/90)(MB/AL. rev. 5/27/92) Sheet 1 - Judgment in a Criminal Case

Case 3:05-cv-00426-MHT-DRB    Document 2-3    Filed 05/06/2005    Page 1 of 5

FILED
JUL 13 1994
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Middle District of Alabama
### Eastern Division

UNITED STATES OF AMERICA

v.   Case Number CR 94-25-E-12

MORRIS RAMSEY
Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MORRIS RAMSEY, was represented by Michael S. Speakman.

The defendant was found guilty on counts I and XXIII after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such counts, involving the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base | 02/24/94 | I |
| 21 USC 841 (b)(1)(C) | Possession with Intent to Distribute Cocaine Base | 09/03/93 | XXIII |

As pronounced on June 23, 1994, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the Clerk, U.S. District Court, a special assessment of $100, for counts I and XXIII, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___13th___ day of ___July___, 19_94_.

_____
Senior United States District Judge

Defendant's SSAN: 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
Defendant's Date of Birth: 03/16/68
Defendant's mailing address: Montgomery City Jail, Montgomery, AL 36104
Defendant's residence address: 1512 - 25th Street, S. W., Lanett, AL 36863

Defendant: MORRIS RAMSEY
Case Number: CR 94-25-E-12

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 169 months on each count to be served concurrently.

The defendant is to stand committed for service of this sentence this date.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: MORRIS RAMSEY  
Case Number: CR 94-25-E-12

Judgment--Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. This consists of terms of 5 years on Count I and 3 years on Count XXIII to be served concurrently

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release according to a schedule to be determined by the Probation Officer.

3. The defendant shall not own or possess a firearm or destructive device.

4. The defendant shall submit to a drug test when ordered to do so by a Probation Officer. If determined necessary by the Probation Officer, the defendant shall participate in a substance abuse treatment program as directed by the Probation Officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: MORRIS RAMSEY  
Case Number: CR 94-25-E-12

Judgment--Page 5 of 5

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report except as follows:

| | |
|---|---|
| Paragraph 24: | References to "Cash Money Brothers" and "New Jack City" are removed from the Court's consideration. |
| Paragraph 42: | The defendant is found to be a "Level One" dealer. |
| Paragraph 49: | The amount of cocaine base involved in the conspiracy as to this defendant is found to be at least 150 grams but less than 500 grams, resulting in a base offense level of 34. |
| Paragraph 50: | The defendant did not possess a dangerous weapon. |
| Paragraph 74: | The defendant is able to pay a fine of $400 from the money seized by the Government. |

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 34 |
| Criminal History Category: | I |
| Imprisonment Range: | 151 to 188 months |
| Supervised Release Range: | 5 years |
| Fine Range: | $ 17,500 to $ 5,000,000 |
| Restitution: | $ 0 |

The fine is below the guideline range because of the defendant's inability to pay.

The Court finds that there is no identifiable victim who incurred a financial loss as a result of this office and therefore declines to order restitution.

The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason: The sentence is imposed at 169 months because a sentence at the mid-range of the guidelines is deemed sufficiently lengthy to address the sentencing objectives of general and specific deterrence, incapacitation, and punishment.

The Court finds that the sentence imposed is consistent with the factors stated at 18 U.S.C. § 3553(a) to be considered in imposing a sentence.

EOD 7-13-94

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
95 JAN 27 AM 11: 24
THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
JAN 27 1995
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) CR. NO. 94-25-E
)
MORRIS RAMSEY )
)
Defendant. )

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy and cancel said judgment of record.

REDDING PITT
United States Attorney

By: _Patricia Allen Conover_
PATRICIA ALLEN CONOVER
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
(334) 223-7280

JUDGMENT DATED: July 13, 1994

DATED: January 26, 1995

rev

55E